# YALDEN, OLSEN & WILLETTE

ATTORNEYS AT LAW
1318 EAST STATE STREET
ROCKFORD, ILLINOIS 61104-2228

RAPHAEL E. YALDEN (1907-1986)
RAPHAEL E. YALDEN II (RETIRED)
JOSEPH D. OLSEN
CRAIG A. WILLETTE

TELEPHONE (815) 965-8635
FACSIMILE (815) 965-4573
Writer's E-Mail Address
jolsenlaw@comcast.net

March 28, 2019

*Via Email USTPRegion11.MD.ECF@USDOJ.GOV*

April Wentz, Legal Clerk
Office of the U.S. Trustee
780 Region Street, Suite 304
Madison WI 53715

RE:    In re Kevin and Lisa Chidley
       Chapter 7 Bankruptcy Case No.: 19-80578

Dear April:

Please be advised that I have been appointed the Chapter 7 Trustee with regard to the above-entitled matter. I have reviewed the petition and due to the fact that my firm represents a creditor, Maplehurst Farms Inc., in this bankruptcy, I will be unable to serve as the Trustee. Please reassign this case to another trustee. If you have any questions, please do not hesitate to contact me.

Very truly yours,

YALDEN, OLSEN & WILLETTE

/s/ Joseph D. Olsen

Joseph D. Olsen

JDO:cml

Chidley 19-80578 2019 0328



**UNITED STATES DEPARTMENT OF JUSTICE**

OFFICE OF THE UNITED STATES TRUSTEE

*NORTHERN DISTRICT OF ILLINOIS, REGION 11*

---

*219 S. Dearborn Street*   Main   *(312) 886-5785*
*Room 873*                  Fax    *(312) 886-5794*
*Chicago, IL 60604*

March 29, 2019

Richard J. Mason, Esq.
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601

                            RE: Kevin & Lisa Chidley
                                  Fdba KC Farms
                                  19 B 80578

Dear Mr. Mason:

   Due to the resignation of the former trustee, Joseph D. Olsen in the above case, you have been appointed as successor trustee. Bond is fixed and approved as the blanket bond.

   If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted this appointment.

                                  Sincerely,

                                  Patrick S. Layng
                                  United States Trustee

Rejected:

Signature                          **ADAM BRIEF** Digitally signed by ADAM BRIEF
                                                                   Date: 2019.03.29 14:08:22 -05'00'

                                  Adam G. Brief
                                  Assistant United States Trustee

Date

AGB:bj