**201902702**
FILED FOR RECORD IN
OGLE COUNTY, ILLINOIS
LAURA J COOK, CLERK/RECORDER
05/22/2019 10:46 AM
ASSIGNMENT 70.00
NUMBER OF PAGES: 3
RHSP FEE                9.00

THIS DOCUMENT WAS ELECTRONICALLY RECORDED

_____ space reserved for recording information _____

## RECORDING COVER SHEET FOR
## ASSIGNMENT OF MORTGAGE

Re:   19-090599, Kevin M. Chidley and Lisa K. Chidley, 1212 14th St, Rochelle, IL 61068

Mail To:
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF MORTGAGE

Ogle, Illinois

"CHIDLEY"

SIS #: 1-888-679-6377

Date of Assignment: May 15th, 2019
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CITIBANK, N.A, ITS SUCCESSORS AND ASSIGNS at P.O. BOX 2026, FLINT, MI 48501-2026
Assignee: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER at 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026
Executed By: KEVIN M. CHIDLEY AND LISA K. CHIDLEY, HUSBAND AND WIFE To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CITIBANK, N.A.
Date of Mortgage: 08/22/2013 Recorded: 08/30/2013 as Instrument No.: 201306683 In the County of Ogle, State of Illinois.

Property Address: 1212 14TH ST, ROCHELLE, IL 61068-1280

Legal: LOT 65 OF SUNSET FIELDS NO. 6, BEING PART OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 40 NORTH, RANGE 1 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 17, 1989 IN PLAT FILE A PAGE 79 AS DOCUMENT NO. 564252, IN THE OFFICE OF THE COUNTY RECORDER OF OGLE COUNTY, ILLINOIS.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $106,925.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR CITIBANK, N.A, ITS SUCCESSORS AND ASSIGNS
On May 15th, 2019

By: _____
MOHAMED HAMEED, Vice-President

STATE OF Texas
COUNTY OF Dallas

On May 15th, 2019, before me, DANIELA HORVATH, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
DANIELA HORVATH
Notary Expires: 01/27/2020 #128862890

DANIELA HORVATH
Notary Public, State of Texas
Comm. Expires 01-27-2020
Notary ID. 128862890

(This area for notarial seal)

Prepared By: Bernardo Hernandez, NATIONSTAR MORTGAGE DBA MR. COOPER 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432