UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>KEVIN CHIDLEY and LISA CHIDLEY<br>fdba KC FARMS,<br><br>Debtor(s) | BK No.: 19-80578<br><br>Chapter: 7<br>Honorable Thomas M. Lynch |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER coming on to be heard on the Motion of HOLCOMB STATE BANK a/k/a HOLCOMB BANK ("HOLCOMB BANK"), a secured creditor herein, by its attorneys, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been sent to all parties of interest, and certain parties hereto having agreed to the provisions of the within Order as evidenced by the signatures hereto, and the Court being fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

1. HOLCOMB BANK's motion asserts that it holds a perfected security interest in certain farm machinery and equipment owned by the Debtors as more fully described in Exhibit A attached hereto (collectively "the Sale Assets");

2. HOLCOMB BANK's motion further asserts that it holds a perfected security interest in the crops owned by the Debtors;

3. HOLCOMB BANK has stipulated and acknowledged that it is unperfected in an undivided one-half of the Sale Assets and the crops and may be unperfected in certain other assets subject to purchase money security interests asserted by John Deere and Ag Direct; and

4. The Chapter 7 Bankruptcy Trustee herein, Richard J. Mason, has advised the Court that he has sought the advice of an accounting firm to assist him with determining whether or not it is in the best interest of the Bankruptcy Estate to abandon the Estate's interest in a portion of the above-mentioned farm machinery, equipment, and crops -- in particular, co-Debtor Kevin Chidley's interest in said assets.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

A. That the Movant, HOLCOMB BANK, is granted relief from the automatic stay to enforce its rights against the Sale Assets and crops;

B. HOLCOMB BANK shall duly arrange for the sale of its interest and the Trustee's interest in the Sale Assets through a public sale;

C. HOLCOMB BANK shall duly arrange for the sale of its interest and the Trustee's interest in the crops;

D. The entry of the within Order is without prejudice to the Trustee's determination and ability to abandon the Bankruptcy Estate's interest in the farm machinery, equipment, and crops or a portion thereof;

Rev: 20170105_bko

E. The Chapter 7 Trustee may, subject to further Order of the Court, abandon the Estate's interest in certain of the Sale Assets as the Trustee sees fit;

F. The Chapter 7 Trustee shall be entitled to the proceeds of that portion of the Sale Assets and crops retained by the Bankruptcy Estate and not abandoned, subject to the pro-rata portion of the expenses of sale, to be determined by further Order of Court;

G. HOLCOMB BANK's motion, insofar as it relates to the real estate owned by the Debtors, shall be continued to the 14th day of August, 2019, at 9:30 a.m.;

H. The provisions of Bankruptcy Rule 4001(a)(3) are waived, and HOLCOMB BANK may immediately enforce and implement this Order;

I. The provisions of Bankruptcy Code § 362(c)(1) and (2) have been waived by the agreement of the parties hereto; and

Approved:

_____
Richard J. Mason, Chapter 7 Bankruptcy Trustee  by his att Craig Willette

_____
Bernard J. Natale, Attorney for the Debtors

_____
Craig A. Willette, Special Counsel for the Chapter 7 Bankruptcy Trustee

_____
James E. Stevens, Attorney for Holcomb Bank

Dated: **17 JUN 2019**

Enter: _____
Honorable Thomas M. Lynch
United States Bankruptcy Judge

**Prepared by:**
Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

Rev: 20170105_bko

## Next Year's Depreciation Worksheet
(Keep for your records)

**2017**

Name(s) as shown on return: Kevin M & Lisa K Chidley

Tax ID Number: [redacted]

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|---|---|---|---|---|---|---|---|
| F | 1 | 87 equipment | 06151987 | 26,029 | M | 7 | |
| ~~F~~ | ~~1~~ | ~~House-Brown~~ | 01011989 | 27,000 | ARR | 27.5 | |
| F | 1 | 89 equipment | 01011989 | 38,150 | M | 7 | |
| F | 1 | 89 JD 522 snowblower | 03041989 | 633 | M | 7 | |
| F | 1 | Top-air 750 sprayer | 04071989 | 7,370 | M | 7 | |
| F | 1 | Logan drag section | 04121989 | 1,778 | M | 7 | |
| F | 1 | Steam cleaner | 03251991 | 1,950 | M | 7 | |
| F | 1 | Drag cart | 04071991 | 3,117 | M | 7 | |
| F | 1 | Grain system improve | 08161991 | 864 | SL | 7 | |
| F | 1 | Grain vac | 01031992 | 8,416 | SL | 10 | |
| F | 1 | JD 925 Flex platform | 02081994 | 16,000 | M | 7 | |
| F | 1 | Kilbro HD utility tr | 09091994 | 2,100 | M | 7 | |
| ~~F~~ | ~~1~~ | ~~Furnace~~ | 03151995 | 2,390 | ARR | 27.5 | 87 |
| F | 1 | 2600 Kinze twin-li | 08011995 | 32,500 | M | 7 | |
| F | 1 | 95 GMC 12 T 4wd | 10161995 | 23,559 | M | 5 | |
| F | 1 | 2-JD A tractors | 03011996 | 3,000 | M | 7 | |
| F | 1 | Computer system | 08151996 | 3,650 | M | 5 | |
| F | 1 | JD 8100 tractor | 10151996 | 59,103 | M | 7 | |
| F | 1 | JD 930F flex platfor | 07272000 | 10,250 | ALT | 7 | |
| F | 1 | JD 1790 planter | 06302004 | 54,800 | ALT | 7 | |
| F | 1 | JD 9660 STS combine | 01052006 | 50,000 | M | 7 | |
| F | 1 | Geringhoff 8RDO corn | 08132006 | 24,915 | M | 7 | |
| F | 1 | JD Autotrac | 09172007 | 11,950 | M | 7 | |
| F | 1 | 08 JD 1770 planter | 10232007 | 28,375 | M | 7 | |
| F | 1 | 09 JD 9770 STS combi 882 | 11102010 | 132,400 | M | 7 | |
| F | 1 | JD 1770NT 24R30plant | 10202011 | 66,500 | M | 7 | 7,086 |
| F | 1 | JD Gator 855D | 08272012 | 8,011 | M | 7 | 981 |
| F | 1 | 09 JD 612 Stalkmaster | 08222012 | | M | 7 | |
| F | 1 | JD Auto trac row sense | 09142012 | 2,702 | M | 7 | 331 |
| F | 1 | Kaufman equipment traile | 08292013 | | M | 7 | |
| F | 1 | 2012 JD 8285R tractor | 06192013 | | M | 7 | |
| F | 1 | 2012 JD 612 Stalkmaster | 10062014 | | M | 7 | |
| F | 1 | 2014 UV HT-30 | 10062014 | | M | 7 | |
| ~~F~~ | ~~1~~ | ~~2016 Ford 350~~ | ~~08082015~~ | | EXP | 5 | |
| F | 1 | 2018 Brent V1100 Grain C | 07122017 | 83,150 | ALT | 7 | 15,907 |
| F | 1 | JD S680 Combine | 07212017 | 69,500 | ALT | 7 | 13,295 |
| | | TOTAL | | | | | 37,687 |

ALL CROPS OWNED AND/OR STORED BY THE DEBTORS
UNVERFERTH 400 SEED TENDER

**EXHIBIT A**