UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: ) | BK No.: 19-80578 | |
| KEVIN CHIDLEY and LISA CHIDLEY ) | | |
| fdba KC FARMS, ) | Chapter: 7 | |
| ) | Honorable Thomas M. Lynch | |
| Debtor(s) ) | | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER coming on to be heard on the Motion of HOLCOMB BANK, a secured creditor herein, by its attorneys, BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been sent to all parties of interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Movant, HOLCOMB BANK, is granted relief from the automatic stay as provided in Section 362(d) of the United States Bankruptcy Code to enforce its rights against the real estate located at 1212 North 14th Street, Rochelle, IL.

Enter: *[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  September 04, 2019

**Prepared by:**

Attorney James E. Stevens (3128256)
BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA, LLP
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com